### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JANICE SCHMIDT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV12** |
| **vs.** ) | |
| ) | **PROTECTIVE ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** ) | |
| ) | |
| **Defendant.** ) | |

**IT IS ORDERED** that the terms of the parties' STIPULATED PROTECTIVE ORDER [18] are hereby adopted by the court and shall become effective immediately.

**DATED July 20, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**