# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV12** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff's attorney, Carole McMahon-Boies, has filed a Motion to Withdraw [23], and has served a copy of the motion on the plaintiff.  Counsel advises that she has arranged for other counsel to advise the plaintiff in this matter, but substitute counsel has not yet entered an appearance.

**IT IS ORDERED:**

1.    Counsel's Motion to Withdraw [23] is held in abeyance until **November 15, 2006,** pending the entry of appearance of substitute counsel.  The motion will be granted after substitute counsel enters an appearance in accordance with NEGenR 1.3(d).

2.    If substitute counsel does not enter an appearance by November 15, 2006,  the Motion to Withdraw will be granted and the plaintiff, Janice Schmidt, will be deemed to be proceeding pro se, i.e., without the assistance of counsel.  In that event, the plaintiff  will be personally responsible for prosecuting this case on her own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

3.    Moving counsel shall serve a copy of this order on the plaintiff at her last known address and shall file proof of service with the court before the close of business on November 1, 2006.

**DATED October 17, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**