IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JANICE SCHMIDT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV12** |
| vs. ) | |
| ) | **ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion [23] of Carole McMahon-Boies for leave to withdraw as plaintiff's counsel. By order entered October 17, 2006, the motion was held in abeyance until November 15, 2006, pending the entry of appearance of substitute counsel. The October 17 order advised that if substitute counsel did not enter an appearance by November 15, 2006, the Motion to Withdraw would be granted and the plaintiff, Janice Schmidt, would be deemed to be proceeding pro se, i.e., without the assistance of counsel.

Moving counsel served a copy of the October 17, 2006 order on the plaintiff, as directed. As of this date, no substitute counsel has entered an appearance.

**IT THEREFORE IS ORDERED:**

1. The motion [23] of Carole McMahon-Boies for leave to withdraw as plaintiff's counsel is granted.

2. Plaintiff, Janice Schmidt, is hereby deemed to be proceeding pro se, i.e., without the assistance of counsel. Plaintiff is now personally responsible for prosecuting this case on her own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.

3. The Clerk shall amend the records of the court to show that plaintiff is proceeding pro se and shall mail a copy of this order to Janice Schmidt at her last known address, together with a copy of the docket sheet.

**DATED November 17, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**