# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV12** |
| vs. | ) | |
| | ) | **ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion [28] to schedule a status conference with the parties. For good cause shown,

**IT IS ORDERED:**

1. A status conference hearing before the undersigned is set for **Thursday, January 11, 2007 at 11:00 a.m. (CST)**

2. The conference will be held by telephone call initiated by defendant's counsel to the plaintiff and the court.

3. The plaintiff shall contact defendant's counsel with the telephone number at which she can be contacted.

4. Deadlines will be held in abeyance pending the status conference hearing.

Dated this 18th day of December 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge