IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV12 |
| | ) | |
| v. | ) | |
| | ) | |
| **METROPOLITAN UTILITIES DISTRICT,** | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's Amended Motion to Compel (Filing No. 36). The plaintiff has not responded to the defendant's motion, however, because the plaintiff is proceeding pro se she may not be aware that she is afforded an opportunity to respond to the defendant's motion. Therefore, while the deadline for the plaintiff to respond has now passed, the court will grant the plaintiff an extension of 20 days to respond to the defendant's Amended Motion to Compel. If the plaintiff fails to respond, the court will rule on the motion based solely on the defendant's submissions.

IT IS ORDERED:

1. That the plaintiff shall have until April 9, 2007 to respond to the defendant's Amended Motion to Compel;

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at her last known address.

DATED this 19th day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge