**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | **CASE NO. 8:06CV12** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| **v.** | ) | **AND ORDER** |
| | ) | |
| **METROPOLITAN UTILITIES** | ) | |
| **DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Letter Requesting Discovery (Filing No. 56). This letter is only one of a series of letters and documents submitted to the court alleging that the defendant has failed to comply with discovery requests. The defendant has consistently stated that all responses to requested discovery have been provided. Although the plaintiff is appearing in this court pro se, she is nonetheless bound by the Federal Rules of Civil Procedure and this court's local rules governing the proper manner for serving discovery and seeking court assistance to obtain responses. The plaintiff's letters to the court, including Filing No. 56, are not consistent with these rules and need not prompt any ruling by the court.

Notwithstanding the foregoing, this case must progress beyond discovery and to final resolution. To facilitate case progression, including any court ruling on any dispositive motions filed by the parties on or before the October 1, 2007, summary judgment deadline, counsel for the defendant will be ordered to provide the court with a list of the discovery requested from the defendant by the plaintiff as of the date of this order, and as to those discovery requests for which no objection was raised, a statement signed under oath

stating that full and complete responses to these discovery requests have been provided to the plaintiff.

IT IS THEREFORE ORDERED THAT:

1.      By September 26, 2007, defendant shall provide the court with a listing of all discovery requested by the plaintiff as of the date of this order, and as to those discovery requests for which no objection was raised, a statement signed under oath stating that full and complete responses to these discovery requests have been provided to plaintiff; and

2.      The Clerk of court is directed to set a pro se case management deadline using the following language: Defendant's listing of discovery due by September 26, 2007.

DATED this 18th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge