IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | **CASE NO. 8:06CV12** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff mailed numerous documents to the undersigned. This mailing was received on October 11, 2007. Liberally construing the plaintiff's cover letter, the court interprets this submission as plaintiff's motion for summary judgment. Accordingly, there are cross-motions for summary judgment pending in this case, warranting the entry of a briefing schedule.

IT IS ORDERED that:

1. The plaintiff's response to defendant's motion, (Filing No. 63), and the defendant's response to the plaintiff's motion, (Filing No. 67), shall be filed on or before November 8, 2007, at which time these motions will be deemed fully submitted;

2. No reply brief shall be filed except upon leave of the court for good cause shown; and

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 8, 2007–deadline for responses to cross motions for summary judgment.

DATED this 18th day of October, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge