IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | **CASE NO. 8:06CV12** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

Pending before the court are cross motions for summary judgment. (Filing Nos. 63 and 67.) It is the present intention of the court to grant Defendant's motion for summary judgment as to all of Plaintiff's claims.

IT IS THEREFORE ORDERED that:

1. The pretrial conference in this matter, currently set to take place on November 20, 2007, at 9:00 a.m., shall be continued until further order of the court;

2. The trial in this matter, currently set to begin December 11, 2007, at 9:00 a.m., shall be continued until further order of court;

3. The court's memorandum, order, and judgment granting Defendant's motion for summary judgment shall be issued within 30 days of the date of this order; and

4. The Clerk of the court is directed to provide a copy of this memorandum and order to Magistrate Judge Piester.

DATED this 15th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge