IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE SCHMIDT,** | ) | **CASE NO. 8:06CV12** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Plaintiff's motion for reconsideration regarding memorandum and order. (Filing No. 79.) Plaintiff's motion "questions the validity" of the court's November 29, 2007, memorandum and order and judgment which granted summary judgment in favor of Defendant on all claims. (Filing Nos. 75 and 76.)

Summarized, Plaintiff objects to the court's summary judgment ruling because of a "meeting with MUD [which] took place on Tuesday, November 20, 2007, without [her] knowledge." (Filing No. 79.) However, no such "meeting" occurred. The court refers Plaintiff to its November 15, 2007, memorandum and order which indefinitely continued the November 20, 2007, pretrial conference. (Filing No. 73.)

The court has carefully reviewed Plaintiff's motion and finds no good cause for reconsideration of any portion of its November 29, 2007 memorandum and order. Plaintiff's motion is therefore denied in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion for reconsideration regarding memorandum and order (filing no. 79) is denied.

DATED this 7th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge